**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Joaquin BASURTO–ESPINO,
Defendant–Appellant.**

**No. 10–30016.**

United States Court of Appeals,
Ninth Circuit.

---

**250**

Submitted Sept. 13, 2010.*

Filed Oct. 4, 2010.

Robert A. Ellis, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Spokane, WA, for Plaintiff-Appellee.

Rebecca Louise Pennell, Esquire, Assistant Federal Public Defender, Federal Defenders of Eastern Washington & Idaho, Yakima, WA, for Defendant-Appellant.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

### MEMORANDUM **

Joaquin Basurto-Espino appeals from the 57-month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Basurto-Espino contends that his sentence is substantively unreasonable. In light of the totality of the circumstances, the sentence, which is below the Guidelines range, is substantively reasonable. *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir.2008) (en banc).

Basurto-Espino's argument that U.S.S.G. § 2L1.2 should not be used both to enhance his sentence and to calculate his criminal history has been rejected by this court. *See United States v. Garcia-*

*Cardenas*, 555 F.3d 1049, 1050 (9th Cir. 2009).

Basurto-Espino concedes that his contention that the district court erroneously imposed a sentence above the statutory maximum is foreclosed. *See United States v. Bolanos-Hernandez*, 492 F.3d 1140, 1148 (9th Cir.2007).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

